# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**MARCO A. CARDONA**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **1:00CR5143-01 REC**<br><br>FRANCINE ZEPEDA<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔] admitted guilt to violation of charge(s) One, Two, Three and Four as alleged in the violation petition filed on July 29, 2004 .

[ ] was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|

See next page.

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on  December 11, 2000  .

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔] Charge(s)  5  is/are dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| |
|---|
| 4/18/2005 |
| Date of Imposition of Sentence |
| |
| /s/ ROBERT E. COYLE |
| Signature of Judicial Officer |
| |
| **ROBERT E. COYLE**, Senior United States District Judge |
| Name & Title of Judicial Officer |
| |
| April 18, 2005 |
| Date |

AO 245D-CAED (Rev. 3/04) Judgment in a Criminal Case for Revocation Sheet I    Case 1:00-cr-05143-REC   Document 19   Filed 04/29/05   Page 2 of 3

CASE NUMBER:       1:00CR5143-01 REC                                             Judgment - Page 2 of 3
DEFENDANT:         MARCO A. CARDONA

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Charge 1 | Law Violation- Grand Theft Auto | March 22, 2004 |
| Charge 2 | Failure to Submit Monthly Restitution Payments | February 2004 |
| Charge 3 | Failure to Answer Truthfully to Probation Officer | May 2004 |
| Charge 4 | Incur New Credit Without Obtaining Approval | June 2004 |

| | |
|---|---|
| CASE NUMBER: 1:00CR5143-01 REC | Judgment - Page 3 of 3 |
| DEFENDANT: MARCO A. CARDONA | |

# IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>time served</u>.

IT IS FURTHER ORDERED that the defendant pay the unpaid restitution balance as previously imposed. Payment can be forwarded to United States District Clerks Office, Fresno, \ca

[ ]    The court makes the following recommendations to the Bureau of Prisons:

[ ]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.
       If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

    Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

 

_____
UNITED STATES MARSHAL

By _____
    Deputy U.S. Marshal